In the Matter of the Application of LEON MENDELSON, Respondent, for an Order against JAMES E. FINEGAN and Others, as Municipal Civil Service Commissioners in and for the City of New York, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, on the ground that the municipal civil service commission, in holding the promotion examination involved herein, violated its own rule as to eligibility. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [168 Misc. ——.]

STEPHEN DRASCO, Respondent, v. CHARLES T. WILLS, INC., Defendant, Impleaded with MITCHELL-RAND DAMPPROOFING CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RUBIN and HARRY RUBIN, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN B. PORTER, Respondent, v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

EUGENE A. PERKINS, Plaintiff, v. GUARANTY TRUST COMPANY OF NEW YORK, Defendant, and IDONAH SLADE PERKINS, Appellant. (GUY HUGHES RIEGEL, Petitioner, Respondent.) — Order entered June 15, 1937, fixing the amount of respondent's lien for services, unanimously modified by reducing same to the sum of $4,000, and as so modified affirmed, with costs to the appellant. Orders entered October 17, 1936, and June 10, 1937, respectively, unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HENRIETTA BURKHARDT, Respondent, v. LEAH K. OSTERMAN and Others, Appellants, Impleaded with Others.— Order, and judgment of foreclosure and sale unanimously modified to the extent of eliminating therefrom the ratification and confirmation of the finding of the referee to compute that the appellants are liable for any deficiency, upon the ground that the referee had no authority to make the finding, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROBERT REIS & COMPANY, Respondent, v. MANHATTAN SHIRT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HANO PAPER CORPORATION, Respondent, v. F. W. WOOLWORTH Co., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROSE OLSHAN, Appellant, v. MAX TURK and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. McCARTHY, Appellant, Impleaded with Another.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GERALD S. TRENBATH, Appellant, v. LIVINGSTON PLATT, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint in accordance with the order appealed

from, within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GERALD S. TRENBATH, Appellant, v. LIVINGSTON PLATT, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint in accordance with the order appealed from, within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MALTESE TEXTILE CORP., for an Order Directing that an Arbitration Proceed between MALTESE TEXTILE CORP. and PILGRIM MILLS. PILGRIM MILLS, Appellant; MALTESE TEXTILE CORP., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EUGENE A. PERKINS, Plaintiff, v. GUARANTY TRUST COMPANY OF NEW YORK and IDONAH SLADE PERKINS, Defendants. In the Matter of the Application of IDONAH SLADE PERKINS, Respondent, for an Order of Substitution of an Attorney. (WILLIAM KLEIN, Appellant.) — Order unanimously modified by directing that the question as to whether William Klein had fully performed the terms of his retainer and the question of the extent and amount of his lien upon the cause of action, the stock and the papers in his possession, be referred to an official referee, to hear and report to the Special Term, and, upon the coming in of such report that the fee be fixed and provision for payment thereof be made as set forth in the terms of the retainer, bearing date August 11, 1936, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LOU J. WEITZMAN, Respondent, v. LOOSE-WILES BISCUIT COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Conservator of Its Property, Respondents, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and of Said PAUL LUCKE, as Surviving Director and Conservator, and Others, Respondents. SAMUEL E. MORRO [MORROW] and Others, Appellants, v. MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, PAUL LUCKE and Others, Respondents. UNITED STATES OF AMERICA, Intervenor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Paul Lucke. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and Conservator of Its Property, Plaintiffs, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and of Said PAUL LUCKE, as Surviving Director and Conservator, and Others, Defendants. SAMUEL E. MORRO [MORROW] and Others, Plaintiffs, v. MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, PAUL LUCKE and Others, Defendants. UNITED STATES OF AMERICA, Intervenor,